IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRADY A. ROGERS                                                                                  PETITIONER

v.                                         No. 5:07V00027 JLH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2007.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE